UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.   )<br>)<br>CHRISTOPHER LOGRASSO   ) | M.B.D. NO. **04MBD 10025** |

### JOINT MOTION OF THE PARTIES TO EXCLUDE TIME

Defendant Christopher Lograsso ("Lograsso") is currently charged by way of complaint in 03-00113-LPC with transporting and possessing child pornography, in violation of 18 U.S.C. §§2252(a)(1) and (a)(4)(B). Herein, the parties jointly move to exclude a period of time (50 days) from the time within which the government would otherwise have to obtain an indictment or file an information. Powers first appeared before Magistrate Judge Cohen on December 18 2003. His preliminary examination was scheduled for January 7, 2004. At that time, Lograsso waived his right to a probable cause hearing. Since that date, the governmen thas provided Lograsso with early automatic discovery, and made the computer system seized in this case available for his attorney's review. A plea agreement will be provided shortly, in furtherance of preliminary plea discussions that have already begun. It is hoped and expected that the requested 50 day exclusion (January 8, 2004 to February 26, 2004) will permit the parties to reach such an agreement before the government is required to or inclined to seek an indictment.

Herein, both parties move, under 18 U.S.C. §3161(h)(8)(A), and §5(c)(1)(A) of Plan for Prompt Disposition of Criminal Cases of this Court, that this Court find, based on the above, that the ends of justice served by granting the requested exclusion outweigh the best interest of the public and the defendant in a speedy trial, and, accordingly, exclude the requested 62 days in computing the time within which an information or an indictment must be filed under 18 U.S.C. §3161(b).

CHRISTOPHER LOGRASSO
By His Attorney

/s/ Steven J. Rappaport
STEVEN J. RAPPAPORT, ESQ.
Attorney for Defendant
(978) 454-8103

January 22, 2004

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/ Timothy Q. Feeley
TIMOTHY Q. FEELEY
Assistant U.S. Attorney
(617) 748-3172